NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000805
16-DEC-2013
08:09 AM

NO. CAAP-11-0000805

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF K CHILDREN

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-NOS. 10-0050; 10-0051; 10-0052; and 10-0053)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on November 29, 2013, is hereby corrected as follows:

1.  On page 2, in fourteenth line, the word "a" should be inserted before "short" so that as corrected, the text reads: "However, a short time later, . . . ."

2.  On page 6, in the sixteenth line, the word "the" should be replaced with "that" so that as corrected, the text reads: " . . . indicate that Father was interested . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 16, 2013.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.